American Aquol and Pyrodene Paint Company, Respondent, v. James B. Smith and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event of the action.—

Per Curiam : No rights of third parties having intervened, we think that the rule that the appearance of an attorney must be held binding, does not necessarily apply to this case. Upon the facts then, it appearing that the defendant never was served with the summons and that he states that he was not a partner and, therefore, not liable to the

90 | 609
150a | 52

plaintiff, a judgment against him would be manifestly unjust. It appeared, moreover, that the motion was made as soon as the knowledge of the existence of the judgment came to the defendant, and we do not see how, under these circumstances, *laches* can be imputed to him. The order appealed from should be reversed with ten dollars costs and disbursements, and the motion granted, with ten dollars costs to abide the event of the action. Present — Van Brunt, P. J., O'Brien and Parker, JJ.

National Union Bank, Respondent, v. East River Silk Company, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Manhattan Railway Company, Appellant, v. Thos. J. McKee and Others, as Receivers, etc., Respondents.— Order affirmed, with costs. No opinion.